UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <u>ex rel.</u>, AARON J. WESTRICK, Ph.D., <br><br> Plaintiffs, <br><br> v. <br><br> SECOND CHANCE BODY ARMOR, INC., <u>et al.</u>, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 04-0280 (PLF)

## ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that Toyobo's Motion to Exclude the Opinions and Testimony of Dr. S. Leigh Phoenix [Dkt. No. 382] is GRANTED in part and DENIED in part; it is

FURTHER ORDERED that Toyobo's Motion to Exclude Certain Opinions and Testimony of Dr. Alan J. Lesser [Dkt. No. 374] is GRANTED in part and DENIED in part; it is

FURTHER ORDERED that Toyobo's Motion to Exclude Certain Opinions and Testimony of Dr. Michael A. Riley [Dkt. No. 380] is DENIED; it is

FURTHER ORDERED that Toyobo's Motion to Exclude Certain Opinions and Testimony of Kirk Rice [Dkt. No. 381] is DENIED; it is

FURTHER ORDERED that Toyobo's Motion to Exclude Certain Opinions and Testimony of Joseph T. Anastasi [Dkt. No. 375] is DENIED; it is

FURTHER ORDERED that Toyobo's Motion to Exclude Certain Opinions and Testimony of Dr. A.S. Abhiraman [Dkt. No. 377] is DENIED as moot; it is

FURTHER ORDERED that the United States' Motion in Limine to Exclude at Trial the Expert Testimony of Dr. Kazuyuki Yabuki [Dkt. No. 385] is GRANTED in part and DENIED in part; it is

FURTHER ORDERED that the United States' Motion in Limine to Exclude at Trial the Expert Testimony of Dr. Richard M. Nowak [Dkt. No. 383] is GRANTED in part and DENIED in part; it is

FURTHER ORDERED that the United States' Motion in Limine to Exclude at Trial the Expert Testimony of Herbert Heuchert [Dkt. No. 379] is GRANTED; and it is

FURTHER ORDERED that Toyobo's Motion to Exclude the Opinions and Testimony of Dr. David S. Brookstein [Dkt. No. 384] is HELD IN ABEYANCE pending further action by the United States as set forth in the Opinion issued this same day.

SO ORDERED.

/s/
_____
PAUL L. FRIEDMAN
United States District Judge

DATE: February 2, 2018